UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE'CARRA WARD,<br><br>        Plaintiff,<br><br>       v.<br><br>BRINK'S INCORPORATED,<br><br>        Defendant. | Case No. 22-cv-02815-WHO<br><br>**ORDER TO SHOW CAUSE REQUIRING RESPONSE** |

Pro se plaintiff Le'Carra Ward filed this suit against defendant Brink's Incorporated ("Brink's") alleging wrongful termination and hostile work environment. Dkt. No. 1. After Brink's removed the case to federal court, it filed a motion to dismiss on May 19, 2022. Dkt. No. 6. Ward's response was due June 9, 2022, with a hearing set for June 27, 2022. *Id*. Although the hearing date was vacated when the case was reassigned to me, the Order reassigning the case made clear that the briefing schedule remained unchanged. *See* Dkt. No. 13. As of the date of this Order, Ward has not filed an opposition or other response to the motion to dismiss.

Ward is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute by filing her opposition and other response to the pending motion by **June 29, 2022.** If she files an opposition or response by that date, Brink's may file a reply by **July 6, 2022.** The hearing on the pending motion to dismiss is reset to **July 13, 2022, at 2 p.m.**

**If Ward fails to file an opposition or other response to the motion to dismiss by June 29, 2022, this action will be DISMISSED for failure to prosecute.** Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: June 15, 2022



William H. Orrick
United States District Judge