UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE'CARRA WARD,<br><br>        Plaintiff,<br><br>    v.<br><br>BRINK'S INCORPORATED,<br><br>        Defendant. | Case No. 22-cv-02815-WHO<br><br>**ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR FAILURE TO PROSECUTE** |

    Plaintiff Le'Carra Ward failed to oppose defendant's motion to dismiss. She failed to appear at the hearing on the motion to dismiss on August 24, 2022. Defense counsel indicated at the hearing that he attempted to contact Ms. Ward on three occasions recently and had not been able to reach her. The Court dismisses plaintiff's Complaint for failure to state a claim in light of defendant's arguments in the memorandum supporting the motion to dismiss and of plaintiff's failure to oppose it.

    Plaintiff is ORDERED TO SHOW CAUSE why the entire case should not be dismissed for failure to prosecute. Plaintiff may expunge this Order to Show Cause by filing an amended Complaint within 30 days (by September 23, 2022) that addresses the issues raised by defendant in the motion to dismiss. Separately, she must explain in writing why she failed to appear at the hearing on the motion to dismiss. If she fails to file the amended Complaint and the explanation, this case will be DISMISSED. Defense counsel shall serve plaintiff with a copy of this Order by mail at her address of record and shall also notify her by email and, if possible, by telephone.

**IT IS SO ORDERED.**

Dated: August 25, 2022



William H. Orrick
United States District Judge