UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE'CARRA WARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRINK'S INCORPORATED,<br><br>　　　　　　Defendant. | Case No. 22-cv-02815-WHO<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |

Plaintiff has failed to respond to the Order To Show Cause (Dkt. No. 23) that I entered after she failed to oppose a motion to dismiss and failed to appear at the hearing. She has now failed to expunge the Order To Show Cause by filing an amended complaint and explaining why she failed to oppose the motion to dismiss. This case is now DISMISSED for failure to prosecute and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 28, 2022



William H. Orrick
United States District Judge